# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James DeBardeleben,

      Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                             3:06-cv-41-3-C

USA,

      Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 6, 2006 Order.

**Signed: February 6, 2006**

Frank G. Johns, Clerk
United States District Court